No. 351, Misc.   HAYES *v.* UNITED STATES.   C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin* for the United States.

No. 393, Misc.   LOOMIS *v.* ROGERS, ATTORNEY GENERAL, ET AL., GARNISHEES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin, Assistant Attorney General Townsend, George B. Searls* and *Irwin A. Seibel* for respondents.

No. 409, Misc.   LEMASTER *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.   Court of Criminal Appeals of Texas.  Certiorari denied.

No. 414, Misc.   BOYKIN *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.   Court of Criminal Appeals of Texas.  Certiorari denied.

No. 421, Misc.   HAMM *v.* MANSFIELD, COMMONWEALTH'S ATTORNEY, ET AL.   Court of Appeals of Kentucky.  Certiorari denied.

No. 423, Misc.   UNITED STATES EX REL. WILLIAMS *v.* MCMANN, ACTING WARDEN, ET AL.   C. A. 2d. Cir.  Certiorari denied.

No. 424, Misc.   ORTEGA *v.* RAGEN, WARDEN.   C. A. 7th Cir.  Certiorari denied.

No. 425, Misc.   CARNEY *v.* JACKSON, WARDEN.   C. A. 2d Cir.  Certiorari denied.